HAIA LEW, Respondent, v. NATHAN LEW, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion to modify final judgment.]

■

THE MACCABEES, Appellant, v. CHARLES COHEN, Respondent.— Order unanimously modified so as to provide for the prior trial by the court of the reformation issue presented and, as so modified, affirmed, with $20 costs and disbursements to the appellant. The question of age should not be retried upon the issue framed with respect to defendant's answer. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

VOGUE FOUNDATIONS, INC., Respondent, v. HERBERT ROBERTS et al., Appellants.— Order unanimously modified by striking out paragraphs twelfth and thirteenth of the complaint and, as so modified, affirmed, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion to strike out complaint.]

■

VOGUE FOUNDATIONS, INC., Respondent, v. HERBERT ROBERTS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order continued temporary injunction.]

■

In the Matter of the Arbitration between ATLANTIC RAYON CORPORATION et al., Appellants, and HAROLD GOLDSMITH, Doing Business under the Name of HARGOLD TEXTILES, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 554.]

■

In the Matter of the Arbitration between ATLANTIC RAYON CORPORATION et al., Appellants, and HAROLD GOLDSMITH, Doing Business under the Name of HARGOLD TEXTILES, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 554.]

■

LEBANON HOSPITAL ASSOCIATION OF THE CITY OF NEW YORK et al. v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1028.]

■

WAYNE COUNTY [MICHIGAN] et al. v. FOSTER & REYNOLDS COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1105.]